UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA ex rel.
REBECCA SPRINGER,

Plaintiff,

v. Case No.: 2:22-cv-537-SPC-NPM

HENDRY COUNTY HOSPITAL
AUTHORITY, SMALL HOSPITAL
INNOVATIONS LLC, and
OVATION HEALTHCARE, LLC,

Defendants.

**OPINION AND ORDER**

Relator Rebecca Springer brings this qui tam action against Defendants Hendry County Hospital Authority, Small Hospital Innovations LLC, and Ovation Healthcare, LLC for violations of the False Claims Act, 31 U.S.C. §§ 3729(a)(1)(A)–(C), and the Florida False Claims Act, Fla. Stat. §§ 68.082(2)(a)–(c). (Doc. 31). The United States and the State of Florida both declined to intervene. (Doc. 28).

Because the United States declined to intervene, Defendants each filed a motion to dismiss arguing, among other grounds, that Relator has no standing to bring the claims on the United States' behalf. (Docs. 55, 56, 69). They rely heavily on *United States ex rel. Zafirov v. Florida Medical Associates,*

*LLC*, in which The Honorable Kathryn Kimball Mizelle, another district judge in this District, held that the False Claims Act qui tam provision improperly allows relators to "self-appoint as special prosecutors" and therefore permits "unsworn, private actors to exercise core executive power" in violation of the Constitution. No. 8:19-cv-01236-KKM-SPF, 2024 WL 4349242, at *8, 19 (M.D. Fla. Sept. 30, 2024). *Zafirov* is on appeal, and the Eleventh Circuit has yet to rule. *See United States ex rel. Zafirov v. Florida Medical Associates, LLC,* Case No. 24-13581 (11th Cir.).

The Eleventh Circuit's decision in *Zafirov* will undoubtedly (and substantially) affect Relator's claims. Should the Eleventh Circuit affirm, it would render unconstitutional Relator's qui tam claims under the False Claims Act. So the Court finds it best to stay this action pending the Eleventh Circuit's ruling. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket."); *Miccosukee Tribe of Indians of Fla. v. S. Fla. Water Mgmt. Dist.*, 559 F.3d 1191, 1198 (11th Cir. 2009) (finding the district court's decision to stay was "a good one, if not an excellent one" when it stayed the case "to await a federal appellate decision that is likely to have a substantial or controlling effect on the claims and issues in the stayed case"). Notably, the Eleventh Circuit heard oral arguments in *Zafirov* in December 2025, so a decision is anticipated in the foreseeable future. *See Myron v. Rodriguez*, No. 3:06-CV-

1051-J-TEM, 2008 WL 516753, at *2 (M.D. Fla. Feb. 22, 2008) (staying litigation pending resolution of an appeal in a separate case, noting that "the related case is already far advanced in the appeals process and a decision is reasonably anticipated in the foreseeable future").

Given the stay, the Court denies the motions to dismiss (Docs. 55, 56, 69) without prejudice. Within thirty days of the Eleventh Circuit issuing its ruling, the parties must file a joint status report outlining how this case should proceed. For instance, should the Eleventh Circuit affirm *Zafirov*, the parties should explain how this affects Relator's retaliation claim under the False Claims Act (count VII) and her claims under the Florida False Claims Act. They should also discuss whether additional time should be provided for the United States to intervene and identify any potential appeal to the United States Supreme Court that may require extending the stay.

Accordingly, it is now

**ORDERED:**

1. This case is **STAYED** pending the Eleventh Circuit's ruling in *United States ex rel. Zafirov v. Florida Medical Associates, LLC.*
2. The Clerk is **DIRECTED** to add a stay flag to the file.
3. Within **thirty days** of the Eleventh Circuit issuing its ruling, the parties must file a joint status report outlining how this case should proceed.

4. Defendants' Motions to Dismiss (Docs. 55, 56, 69) are **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on August 26, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record